UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23CR00077 JAR |
| ) | |
| JERMANINE SMITH, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 124). On June 28, 2024, Defendant Smith filed a Motion to Suppress Identification (ECF No. 93). Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motion to Suppress Identification.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on November 22, 2024 (ECF No. 124). Defendant Smith filed objections to the Report and Recommendation on November 26, 2024 (ECF No. 125), summarily stating that he objects to the conclusions drawn by Magistrate Judge Bodenhausen, but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Smith's objections are not persuasive.

The Magistrate Judge recommends that the Motions to Suppress Identification be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [124] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Identification [93] is **DENIED**.

**IT IS FURTHER ORDERED** that the **jury trial** in this matter is set for **Monday, February 3, 2025 at 9:00 a.m.**

Dated this 30th day of December, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE